IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAL DEV,

      Plaintiff,                           No. CIV S-11-2950 JAM EFB PS

     vs.

PATRICK R. DONAHOE,

                                  ORDER

      Defendant.

_____/

      Plaintiff proceeds *pro se* in this action, which was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On November 29, 2011, plaintiff filed a motion to redact certain exhibits attached to plaintiff's complaint. Dckt. No. 9; *see also* Dckt. No. 1. Specifically, plaintiff seeks to redact his social security number from three pages (Exhibit P-9, page 3; Exhibit 14, page 1; and Exhibit 14, page 2). *Id.* Plaintiff also filed redacted versions of those documents. *Id.*

      Local Rule 140(a) provides that "pursuant to the Judicial Conference Policy on Privacy and Electronic Access to Case Files, and the E-Government Act of 2002, Pub. L. No. 107-347, effective April 16, 2003, when filing documents, counsel and the Court shall omit or, where reference is necessary, partially redact the following personal data identifiers from all pleadings, documents, and exhibits, whether filed electronically or on paper, unless the Court orders

1

otherwise: . . . Social Security numbers: Use only the last four numbers . . . ." E.D. Cal. L.R. 140(a).  The court notes that although the first document that plaintiff seeks to redact (Ex. P-9 at 3) does not contain plaintiff's social security number, the latter two documents (Ex. 14 at 1, 2) do.  Therefore, plaintiff's request to redact those exhibits will be granted.  Additionally, upon review of plaintiff's complaint, the court observed three additional references to plaintiff's social security number (or plaintiff's Employee ID number, which in some instances is the same as plaintiff's social security number).  Accordingly, the Clerk will be directed to redact those documents, as well.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's motion to redact, Dckt. No. 9, is granted.

      2. The Clerk is directed to redact all social security numbers/employee ID numbers from the exhibits attached to plaintiff's complaint, Dckt. No. 1, and include only the last four numbers:

- Ex. P-9 at p.2 (Dckt. No. 1-1 at 38);
- Ex. P-9 at p.15 (Dckt. No. 1-1 at 51);
- Ex. P-10 at p.5 (Dckt. No. 1-1 at 65);
- Ex. 14 at p.1 (Dckt. No. 1-2 at 12); and
- Ex. 14 at p.2 (Dckt. No. 1-2 at 13);

      SO ORDERED.

DATED: December 1, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE