IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAL DEV,

        Plaintiff,                              No. CIV S-11-2950 JAM EFB PS

    vs.

PATRICK R. DONAHOE,

        Defendant.                      <u>ORDER</u>

        On April 18, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

        Accordingly, IT IS ORDERED that:

        1. The proposed Findings and Recommendations filed April 18, 2012, are ADOPTED; and

////

////

////

1

2. Plaintiff's motion for an order deferring routes adjustment, Dckt. No. 17, is denied.

DATED: June 14, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE