IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAL DEV,

        Plaintiff,                        No. 2:11-cv-2950-JAM-EFB PS

  vs.

PATRICK R. DONAHOE, POSTMASTER
GENERAL OF THE UNITED STATES
POSTAL SERVICE, AND DOES 1-15
INCLUSIVE,

        Defendants.                 ORDER

/

     This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On June 27, 2012, the court heard plaintiff's motion for leave to conduct thirty-five depositions, plaintiff's motion to strike defendant's initial disclosures, and plaintiff's request for an order preventing defendant from cross-examining plaintiff and his witnesses. Dckt. Nos. 22, 23. Attorney Edward Olsen appeared at the hearing on behalf of defendants; plaintiff appeared pro se. As stated on the record, and for the reasons stated on the record, all of plaintiff's requests are denied. Dckt. No. 22. Each party shall bear its own costs.

     SO ORDERED.

DATED: June 27, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE