1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LAL DEV,

11             Plaintiff,                    No. 2:11-cv-2950-JAM-EFB PS

12        vs.

13   PATRICK R. DONAHOE, POSTMASTER
     GENERAL OF THE UNITED STATES
14   POSTAL SERVICE, AND DOES 1-15
     INCLUSIVE,
15
              Defendants.                    <u>ORDER</u>
16   _____/

17        On July 3, 2012, plaintiff filed a motion to have the requests for admission that he

18   contends he served on defendant be deemed admitted pursuant to Federal Rule of Civil

19   Procedure 36(a)(3).  Dckt. No. 27.  Plaintiff noticed the motion for hearing on July 18, 2012.  *Id.*

20   Specifically, plaintiff contends that he served defendant with a first set of requests for admission

21   on April 5, 2012, and that defendant failed to respond thereto.  *Id.* at 2.

22        If in fact plaintiff properly served defendant with requests for admission and defendant

23   failed to respond, pursuant to Rule 36(a)(3), those requests for admission are automatically

24   deemed admitted.[1]  No motion is needed.  *See* Fed. R. Civ. P. 36(a)(3) ("A matter is admitted

25

26        [1] The court makes no findings regarding the sufficiency of service of the requests for
     admission or defendant's alleged failure to respond thereto, nor has the court considered whether

                                    1

1  unless, within 30 days after being served, the party to whom the request is directed serves on the

2  requesting party a written answer or objection addressed to the matter and signed by the party or

3  its attorney."); *see also Fed. Trade Comm. v. Medicor LLC*, 217 F. Supp. 2d 1048, 1053 (C.D.

4  Cal. 2002) ("No motion to establish the admissions is needed because Federal Rule of Civil

5  Procedure 36(a) is self executing.").  Accordingly, plaintiff's motion, Dckt. No. 27, is denied as

6  unnecessary and the July 18, 2012 hearing thereon is vacated.

7         SO ORDERED.

8  DATED:  July 10, 2012.

9                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  _____

26  any such admissions could be withdrawn pursuant to Rule 36(b).

2