IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAL DEV,

        Plaintiff,                      No. 2:11-cv-2950-JAM-EFB

        vs.

PATRICK R. DONAHOE, POSTMASTER GENERAL OF THE UNITED STATES POSTAL SERVICE, AND DOES 1-15 INCLUSIVE,

        Defendants.                  ORDER

      This case, in which plaintiff was originally proceeding *pro se*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On November 28, 2012, attorney Deborah Barron filed a notice of substitution as plaintiff's counsel in this case, which was approved by the district judge on November 29, 2012. Dckt. Nos. 31, 38.

      Because plaintiff is now represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge. The undersigned will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.[1]

////

---

[1] Therefore, the December 19, 2012 hearing on plaintiff's motion to compel, Dckt. No. 34, will remain on calendar before the undersigned.

1

1     Accordingly, IT IS HEREBY ORDERED that the referral of this case to the magistrate
2 judge is withdrawn and the case is referred back to the district judge.
3     SO ORDERED.
4 DATED: November 29, 2012.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE