IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAL DEV,

    Plaintiff,                                      No. 2:11-cv-2950-JAM-EFB

vs.

PATRICK R. DONAHOE, POSTMASTER GENERAL OF THE UNITED STATES POSTAL SERVICE, AND DOES 1-15 INCLUSIVE,

    Defendants.                                   ORDER

                             /

      On December 19, 2012, the court heard plaintiff's motion to compel defendant to produce documents and to amend his discovery responses, and plaintiff's related request for sanctions. Dckt. No. 34. Attorney Edward Olsen appeared at the hearing on behalf of defendant; attorney Elizabeth Norris appeared on behalf of plaintiff. As stated on the record, and for the reasons stated on the record, plaintiff's motion to compel and request for sanctions are denied. Each party shall bear its own costs.

     SO ORDERED.

DATED: December 20, 2012.

                                              EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE