IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAL DEV,

       Plaintiff,                        No. 2:11-cv-2950-JAM-EFB PS

      vs.

PATRICK R. DONAHOE, POSTMASTER GENERAL OF THE UNITED STATES POSTAL SERVICE, AND DOES 1-15 INCLUSIVE,

       Defendants.                  ORDER

/

       This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On February 26, 2013, defendant filed a motion for summary judgment, and noticed the motion for hearing on March 27, 2013. Dckt. No. 55. Then, on March 5, 2013, plaintiff filed a motion to strike the summary judgment motion as untimely. Dckt. No. 61. The court denied the motion to strike but continued the hearing on defendant's motion for summary judgment to April 17, 2013, with plaintiff's opposition due on March 27, 2013 and defendant's reply due on April 3, 2013. Dckt. No. 64.

       Then, on March 18, 2013, plaintiff filed a request for an additional two week extension of time to file an opposition to the summary judgment motion. Dckt. No. 69. Plaintiff contends

that he needs the additional time to respond to the length summary judgment motion.[1]  *Id.*  In light of plaintiff's representations, his request for an additional extension of time will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time, Dckt. No. 69, is granted.

2. The April 17, 2013 hearing on defendant's motion for summary judgment, Dckt. No. 55, is continued to May 8, 2013 at 10:00 a.m. in Courtroom No. 8.

3. On or before April 17, 2013, plaintiff shall file an opposition or statement of non-opposition to the summary judgment motion, as well as a response to defendant's statement of undisputed facts.

4. Defendant may file a reply to plaintiff's opposition, if any, on or before May 1, 2013.

5. The hearings on plaintiff's motion to strike the declaration of Cheri Smith, Dckt. No. 71, and plaintiff's motion to strike the declaration of Sandra Schmidt, Dckt. No. 73, are also continued to May 8, 2013 at 10:00 a.m. in Courtroom No. 8.

6. On or before April 17, 2013, defendant shall file an opposition or statement of non-opposition to the motions to strike.

7. Plaintiff may file a reply to defendant's opposition(s), if any, on or before May 1, 2013.

SO ORDERED.

Dated:  March 25, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Also on March 18, 2013, plaintiff filed a motion to strike the declaration of Cheri Smith, which was filed in support of defendant's summary judgment motion. Dckt. No. 71. The motion to strike was also noticed for hearing on April 17, 2013. *Id.* Then, on March 21, 2013, plaintiff filed a motion to strike the declaration of Sandra Schmidt, and also noticed the motion for hearing on April 17, 2013. Dckt. No. 73.