1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LAL DEV,                                 No.  2:11-cv-2950-JAM-EFB PS

12                   Plaintiff,

13         v.                                  ORDER

14   PATRICK R. DONAHOE,

15                   Defendant.

16

17         On July 11, 2013, the magistrate judge filed findings and recommendations herein which

18   were served on the parties and which contained notice that any objections to the findings and

19   recommendations were to be filed within fourteen days.  No objections were filed.

20         The court has reviewed the applicable legal standards and, good cause appearing,

21   concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

22         Accordingly, IT IS ORDERED that:

23         1.  The proposed Findings and Recommendations filed July 11, 2013, are ADOPTED; and

24         2.  Plaintiff's motion for a preliminary injunction, ECF No. 116, is denied.

     DATED:   September 4, 2013

25

26                                       /s/ John A. Mendez_____
                                         UNITED STATES DISTRICT COURT JUDGE

27

28