UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAL DEV, | No. 2:11-cv-2950-JAM-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| PATRICK R. DONAHOE, | |
| Defendant. | |

On July 11, 2013, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed July 11, 2013, are ADOPTED; and

2. Plaintiff's motion for a preliminary injunction, ECF No. 116, is denied.

DATED: September 4, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE