UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAL DEV, | ) | Case#2:11-CV-02950 JAM-EFB-PS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **RELATED CASE ORDER** |
| v. | ) | |
| | ) | |
| PATRICK R. DONAHOE, POSTMASTER GENERAL OF THE UNITED STATES POSTAL SERVICE, AND DOES 1-15, INCLUSIVE, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| LAL DEV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case#2:12-CV-03026 TLN-EFB-PS |
| v. | ) | |
| | ) | |
| PATRICK R. DONAHOE, POSTMASTER GENERAL OF THE UNITED STATES POSTAL SERVICE, AND DOES 1-15, INCLUSIVE, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1      The parties should be aware that relating the cases under
2 Local Rule 123 merely has the result that these actions are
3 assigned to the same judge and magistrate judge; no consolidation
4 of the actions is effected.  Under the regular practice of this
5 court, related cases are generally assigned to the judge to whom
6 the first filed action was assigned.
7      IT IS THEREFORE ORDERED that the action denominated 2:12-CV-
8 03026 TLN-EFB-PS be reassigned to Judge John A. Mendez for all
9 further proceedings, and any dates currently set in this reassigned
10 case _only_ are hereby VACATED.  Henceforth, the caption on documents
11 filed in the reassigned cases shall be shown as 2:12-CV-03026 JAM-
12 EFB-PS.
13      IT IS FURTHER ORDERED that the Clerk of the Court make
14 appropriate adjustment in the assignment of criminal cases to
15 compensate for this reassignment.
16      IT IS SO ORDERED.
17 Dated:   September 18, 2013

                                    /s/ John A. Mendez_____
                                    JOHN A. MENDEZ
                                    United States District Court Judge

2