UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAL DEV,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK R. DONAHOE,<br>POSTMASTER GENERAL OF THE<br>UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | No. 2:11-cv-2950-JAM-EFB PS<br><br><br><br>ORDER |

On January 22, 2014, the court granted defendant's motion for summary judgment, ECF No. 55, denied plaintiff's motions to strike, ECF Nos. 71, 73, 76, 77, 78, 82, 86, and denied plaintiff's motion to add a defendant, ECF No. 83. *See* ECF Nos. 131, 139. On the same date, judgment was entered accordingly. ECF No. 140. On February 20, 2014, plaintiff filed a motion requesting that the court provide him 60 additional days to a notice of appeal. ECF No. 141. The document specifically states that plaintiff seeks to appeal the court's January 22 order. *Id*. The court construes plaintiff's filing as a notice of appeal, and direct the Clerk to process plaintiff's appeal accordingly.

DATED: March 6, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE